UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUSA FRANCHISOR SPV LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MODA COLLISION REPAIR, LLC dba FIX AUTO VANCOUVER-WALNUT GROVE, a Washington limited liability company; and ANDREY STEFANCO, an individual,<br><br>Defendants. | Case No.: 23-CV-1559 JLS (BJC)<br><br>**ORDER APPROVING STIPULATION FOR DISMISSAL**<br><br>(ECF No. 26) |

Presently before the Court is the Stipulation for Dismissal ("Stip.," ECF No. 26) filed jointly by Plaintiff Fusa Franchisor SPV LLC and Defendant Andrey Stefanco (collectively, the "Parties") pursuant to Federal Rule of Civil Procedure 41(a). Good cause appearing, the Court **APPROVES** the Stipulation and **DISMISSES WITH PREJUDICE** all claims that were asserted or could have been asserted in this action, with each party to bear its own costs and fees. Further, as requested in the Stipulation, the Court will retain jurisdiction over the Parties to enforce the terms of their settlement agreement for a period not to exceed six months from the date of this Order. *See Seldon v. George Brown Sports Club - Palm, LLC*, No. 1:17-cv-01421-DAD-SAB, 2019 U.S. Dist. LEXIS 1246, at *1

1  (E.D. Cal. Jan. 2, 2019) ("Federal courts may, within their discretion, retain jurisdiction
2  over settlement agreements reached out of court." (citing *Kokkonen v. Guardian Life Ins.*
3  *Co. of Am.*, 511 U.S. 375, 381 (1994))).
4        As this concludes the litigation in this matter, the Clerk of the Court **SHALL**
5  **CLOSE** the file.
6        **IT IS SO ORDERED.**
7  Dated:  August 13, 2024

                                                    *Janis L. Sammartino*
                                          Hon. Janis L. Sammartino
                                          United States District Judge